In re 1441 VETERAN STREET CO., Debtor.

**GOLD COAST ASSET ACQUISITION, L.P., Appellant,**

v.

**1441 VETERAN STREET CO.,**

and

**Levene & Eisenberg, Appellee.**

No. 96–56445.

United States Court of Appeals, Ninth Circuit.

Sept. 10, 1998.

Before: SCHROEDER and KOZINSKI, Circuit Judges, and WHYTE,* District Judge.

## ORDER

The opinion is hereby amended (1) to delete the following sentences appearing in the second-to-last paragraph of the opinion: "However, it appears that L & E raises this argument for the first time on appeal. Therefore, L & E is precluded from raising this argument. *See United States v. Flores–Payon,* 942 F.2d 556, 558 (9th Cir.1991) ('Is-

sues not presented to trial court cannot generally be raised for the first time on appeal.')" and (2) to substitute therefor: "However, L & E points to insufficient facts to justify application of the exception and the bankruptcy court made no finding that would support the application."

The panel as constituted above has voted to deny the petition for rehearing and to reject the suggestion for rehearing en banc.

The full court has been advised of the suggestion for rehearing en banc and no judge of the court has requested a vote on the suggestion for rehearing en banc. Fed. R.App. P. 35.

The petition for rehearing is denied and the suggestion for rehearing en banc is rejected.